**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,          ) | Case No. 08-00363M-001 |
| )  | |
| Plaintiff,     ) | **ORDER** |
| ) | |
| vs.               ) | |
| ) | |
| Marco Escobar-Navarrete       ) | |
| ) | |
| Defendant.     ) | |
| _____) | |

Pursuant to the Defendant's Motion, good cause appearing and there being no objection from the Government,

**IT IS HEREBY ORDERED** granting the Defendant's *Motion to Extend Time to Indict* and extending the time deadline an additional thirty (30) days within which the Government must file an indictment pursuant to 18 U.S.C. Sec. 3161.

The Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant. This finding is based upon the Court's conclusion that: (1) counsel for the Defendant has only recently been appointed; (2) the Defendant wishes to consider the plea offer extended by the Government; (3) the defense requires additional time to investigate the matter; (4) the plea offer, if accepted by the Defendant and the Court, would likely reduce the

Defendant's exposure to imprisonment; (5) the Government will likely withdraw the plea offer if not timely accepted prior to indictment and a subsequent plea offer, if any, would likely be less advantageous; and (6) failure to extend time would thus operate to bar the Defendant from reviewing the Government's plea offer in a meaningful way prior to indictment.

The Court therefore concludes that the ends of justice are best served by granting an extension of time to present the case to the grand jury and in excluding a period of thirty (30) days under the Speedy Trial Act.  In making this determination, the Court has particularly taken into account that the failure to grant the Defendant's request "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  18 U.S.C. § 3161(h)(8)(B)(iv).

**IT IS HEREBY ORDERED** that defendant's Motion to Extend Time for Indictment requesting an extension of thirty (30) days within the government may seek to indict defendant, is hereby granted.

**IT IS FURTHER ORDERED** that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, the Government shall have an extension of thirty (30) days to file a timely Indictment.  Excludable time shall begin to run on the 31st day after arrest for a period of thirty (30) days in which the Government may present the case to the grand jury.

DATED this 19th day of September, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge